Miterko v Autumn View Health Care Facility (2023 NY Slip Op 03977)

Miterko v Autumn View Health Care Facility

2023 NY Slip Op 03977

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

42 CA 22-00213

[*1]LORI ANN MITERKO, AS EXECUTOR OF THE ESTATE OF PAUL MITERKO, DECEASED, PLAINTIFF-RESPONDENT,
v
AUTUMN VIEW HEALTH CARE FACILITY, AUTUMN VIEW HEALTH CARE FACILITY, LLC, DEFENDANTS, AND LEROY MCCUNE, M.D., DEFENDANT-APPELLANT. 

ROACH, BROWN, MCCARTHY & GRUBER, P.C., BUFFALO (J. MARK GRUBER OF COUNSEL), FOR DEFENDANT-APPELLANT.
BROWN CHIARI LLP, BUFFALO (ANGELO S. GAMBINO OF COUNSEL), FOR PLAINTIFF-RESPONDENT.
BARGNESI BRITT, PLLC, BUFFALO (JASON T. BRITT OF COUNSEL), FOR DEFENDANTS. 

 Appeal from an order of the Supreme Court, Erie County (Catherine R. Nugent Panepinto, J.), entered January 19, 2022. The order denied the motions of defendants for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 24, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court